OLIVE FENDERSON, administratrix of Cyrus Fenderson, *vs.* SAMUEL BELCHER, administrator of Reuben Fenderson.

Franklin. Decided January 16, 1878.

*Lien. Executors and administrators.*

The lien created by R. S., c. 75, § 11, can be enforced only "by suit and attachment of the share within two years after administration granted' on the estate from which the share descends.

ON FACTS AGREED.

ASSUMPSIT, under R. S., c. 75, § 11, to enforce a lien on Reuben Fenderson's share in his father's estate.

I. Cyrus Fenderson, the father, died March 18, 1872, intestate; his estate is solvent; Olive Fenderson was appointed administratrix of his estate May 7, 1872.

II.  Reuben Fenderson was the son and heir of Cyrus Fenderson; he died February 25, 1875 ; his estate is represented insolvent ; Samuel Belcher was appointed administrator of his estate on the first Tuesday of May, 1875, and the representation of insolvency was made on the first Tuesday of September, 1875.

III.  Reuben Fenderson, at the time of his father's decease, was indebted to him to a large amount ; this indebtedness still exists ; he inherited both real and personal estate from his father ; and he had not come into possession of any part of his inheritance at the time of his decease.

Submitted without argument.

*S. C. Belcher*, for the plaintiff.

*S. Belcher*, for the defendant.

VIRGIN, J.  The lien created by R. S., c. 75, § 11, can be enforced only " by suit and attachment of the share within two years after administration granted " on the estate from which the share descends.

Administration was granted on Cyrus Fenderson's estate on May 7, 1872 ; while this action was not commenced " within two years" thereafter, but on February 18, 1876.  Therefore, according to the terms of the report, the entry must be,

*Plaintiff nonsuit.*

APPLETON, C. J., WALTON, BARROWS, PETERS and LIBBEY, JJ., concurred.